# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, ) <br> on behalf of plaintiff and ) <br> the class members defined herein, ) <br> ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> ONSITE HEALTHCARE, INC., S.C., ) <br> and JOHN DOES 1-10, ) <br> ) <br>       Defendants. ) | 16 C 8219 <br><br> Judge Dow <br> Magistrate Judge Schenkier |

## **STIPULATION OF DISMISSAL**

Plaintiff Able Home Health, LLC, and defendant Onsite Healthcare, Inc., S.C., by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of plaintiff Able Home Health, LLC's individual claims against defendant Onsite Healthcare, Inc., S.C., with prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Onsite Healthcare, Inc., S.C. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus <br> Daniel A. Edelman <br> Heather Kolbus <br> EDELMAN, COMBS, LATTURNER <br>     & GOODWIN, LLC <br> 20 S. Clark Street, Suite 1500 <br> Chicago, IL 60603 <br> (312) 739-4200 | s/ Lesley R. Arca (with consent) <br> Michael J. Raiz <br> Lesley R. Arca <br> Jurisprudence Health Law Group, LLC <br> 1260 Iroquois Avenue, Suite 104 <br> Naperville, IL 60563 <br> (630) 995-9220 |

**CERTIFICATE OF SERVICE**

  I, Heather Kolbus, certify that on June 19, 2018, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system which caused notice via email to be sent to the following:

Michael J. Raiz - mraiz@jurisprudencehealth.com
Lesley R. Arca - larca@jurisprudence.com
Jurisisprudence Health Law Group, LLC
1260 Iroquois Avenue, Suite 104
Naperville, IL 60563


                s/ Heather Kolbus
                Heather Kolbus



Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)