## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Able Home Health, LLC

                                  Plaintiff,

v.                                                   Case No.: 1:16−cv−08219
                                                              Honorable Robert M. Dow Jr.

Onsite Healthcare, Inc.,S.C., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 25, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the stipulation of dismissal, Able Home Health, LLC's individual claims against defendant Onsite Healthcare, Inc., S.C. are dismissed with prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against Defendant Onsite Healthcare, Inc., S.C. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1− 10 without prejudice and without costs. Status hearing set for 7/11/2018 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.